IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISAAC SANDOVAL )
        Plaintiff, )
) CASE NO. 008-1117 CW
v. )
) PRISONER'S
) IN FORMA PAUPERIS
A. HEDGPETH, WARDEN ) APPLICATION
        Defendant. )

    I, ISAAC SANDOVAL, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes _____    No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____N/A_____

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment         Yes _____  No _X_
   b. Income from stocks, bonds, or royalties?        Yes _____  No _X_
   c. Rent payments?                                  Yes _____  No _X_
   d. Pensions, annuities, or life insurance payments? Yes _____ No _X_
   e. Federal or State welfare payments, Social Security or other government source?  Yes _____  No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____ N/A _____

3. Are you married?    Yes _____   No _X_

Spouse's Full Name: _____ N/A _____

Spouse's Place of Employment: _____ N/A _____

Spouse's Monthly Salary, Wages or Income:
Gross $____ N/A ____    Net $____ N/A ____

4. a. List amount you contribute to your spouse's support:
   $ _____ N/A _____

   b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

   _____ N/A _____

5. Do you own or are you buying a home?   Yes _____   No _X_
Estimated Market Value: $_____   Amount of Mortgage: $_____

6. Do you own an automobile?   Yes _____   No _X_
Make _____   Year _____   Model _____
Is it financed? Yes _____ No _____ If so, Total due: $ _____
Monthly Payment: $ _____

2

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____  No  X

Name(s) and address(es) of bank: PRISON TRUST ACCOUNT 9/2007 = $4.46
PRISON TRUST ACCOUNT 2/2008 = 0.46

Present balance(s): $ 0.46

Do you own any cash?   Yes _____   No  X   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes _____   No  X

N/A

8. What are your monthly expenses?

Rent: $ N/A                           Utilities: N/A
Food: $ N/A                           Clothing: N/A

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| N/A | $ N/A | $ N/A |
|  | $ N/A | $ N/A |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2/7/08                    Isaac I. Sandoval
DATE                      SIGNATURE OF APPLICANT

3

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___ISAAC SANDOVAL___ for the last six months at
[prisoner name]
___KERN VALLEY STATE PRISON___ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __.74__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __~~$~~.08¢__

Dated: __2-29-08__          _T. Scruggs Acct Tech_
                            Authorized officer of the institution

4

```
REPORT ID: TS3030  .701                                      REPORT DATE: 02/28/08
                                                             PAGE NO:       1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            KERN VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 28, 2008

ACCOUNT NUMBER : V84557                    BED/CELL NUMBER: ASU100000000137U
ACCOUNT NAME   : SANDOVAL, ISACC           ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                          TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  ------------   --------   ---------   --------   -----------   -------

09/01/2007   BEGINNING BALANCE                                                 0.00

09/10*VD54 INMATE PAYROL 0392/AUG52                   4.46                     4.46
09/11 FC09 DRAW-FAC 9    0416ASUS2D                               4.00         0.46
10/11 FC09 DRAW-FAC 9    0584ASUS2D                               0.46         0.00


                          CURRENT HOLDS IN EFFECT

   DATE       HOLD
   PLACED     CODE       DESCRIPTION             COMMENT        HOLD AMOUNT
 ----------   ----   ----------------------   -----------      ------------

 02/08/2008   H118   LEGAL COPIES HOLD         1248/LCOPY             6.80


                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/17/05                  CASE NUMBER: 03F08490
COUNTY CODE: SAC                          FINE AMOUNT: $     200.00

   DATE      TRANS.    DESCRIPTION                TRANS. AMT.    BALANCE
 --------    ------   ------------------------   -----------    ---------

 09/01/2007  BEGINNING BALANCE                                    148.00

 09/10/07    VR54     RESTITUTION DEDUCTION-SUPPORT     4.95-     143.05

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                          TRUST ACCOUNT SUMMARY

  BEGINNING    TOTAL      TOTAL       CURRENT    HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS   WITHDRAWALS BALANCE    BALANCE    TO BE POSTED
 ----------  ---------- ------------ ---------- ---------- --------------
      0.00        4.46         4.46       0.00       6.80           0.00


                                                          CURRENT
                                                          AVAILABLE
                                                          BALANCE
                                                        -----------
                                                              6.80-
```

THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
   TRUST OFFICE

Isaac Sandoval / V-84757
Kern Valley State Prison
A.S.U. #1 South cell 137
P.O. Box 5107
Delano, CA 93216

U.S. District Court
Northern District
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102